1070

THE STATE OF WASHINGTON, *Respondent*, v. JACK ANDREW FISHBURN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-00443-6, Michael E. Donohue, J., entered December 17, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.

THE STATE OF WASHINGTON, *Appellant*, v. JAMES D. SCHEIB, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 85-1-00070-9, Evan E. Sperline, J., entered June 28, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LINN BOSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 1-13830, John M. Lyden, J., entered April 20, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

THE STATE OF WASHINGTON, *on the Relation of Xavier L. McDaniel, Respondent*, v. TERESSA RACHEL LANG, *Statutory Party*, v. MARK ANTONY MARTINO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-5-00803-1, John A. Schultheis, J., entered August 31, 1993. *Reversed* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.